SAMUEL F. YUDKIN *vs.* THE CONNECTICUT COMPANY.

Third Judicial District.
Argued June 9th—decided July 12th, 1910.

ACTION to recover damages for injury to the person and property of the plaintiff, alleged to have been caused by the negligence of the defendant, brought to the Superior Court in New Haven County where the plaintiff was nonsuited in a trial to the jury before *Bennett, J.*, from which judgment he appealed. *No error.*

*E. P. Arvine* and *Robert J. Woodruff*, for the appellant (plaintiff).

*Thomas M. Steele* and *Arthur W. Chambers*, for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New Haven County.